# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MISSOURI
# EASTERN DIVISION

| | | |
|---|---|---|
| STEVEN M. TRUST, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 4:09CV01208 AGF |
| | ) | |
| UNKNOWN HIGGINBOTHAM, et al., | ) | |
| | ) | |
| Defendants. | ) | |

## ORDER

This matter is before the Court on plaintiff's pro se motion for extension of time to file a proper address for defendant Wiese. Well over 120 days have passed without service on Wiese. However, because plaintiff is pro se and incarcerated, the Court will allow another 28 days for plaintiff to provide the Court with a proper address for Wiese. If plaintiff fails to timely provide the Court with a proper address, the Court will dismiss Wiese from this action without prejudice.

Accordingly,

**IT IS HEREBY ORDERED** that plaintiff's pro se motion for extension of time to file a proper address for defendant Wiese [#30] is **GRANTED**.

**IT IS FURTHER ORDERED** that plaintiff shall provide the Court with a proper address for Wiese no later than 28 days from the date of this Order (March 31, 2010).

**IT IS FURTHER ORDERED** that if plaintiff fails to timely provide the Court with a proper address, the Court will dismiss Wiese from this action without prejudice.

Dated this 3rd day of March, 2010.

_____
AUDREY G. FLEISSIG
UNITED STATES MAGISTRATE JUDGE