# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MISSOURI
# EASTERN DIVISION

| | |
|---|---|
| STEVEN M. TRUST, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | No. 4:09CV01208 AGF |
| ) | |
| UNKNOWN HIGGINBOTHAM, et al., ) | |
| ) | |
| Defendants. ) | |

## MEMORANDUM AND ORDER

This matter is before the Court on plaintiff's motion to compel discovery and on his request for a subpoena duces tecum. Because plaintiff is a prisoner, this case is assigned to Track 5 of the Differentiated Case Management Program of the United States District Court of the Eastern District of Missouri. See E.D. Mo. L.R. 16 - 5.01, 16 - 5.04. In Track 5 cases, discovery may not take place until authorized by the Court and a schedule is set forth in a Track 5 Case Management Order. The Court has not yet authorized discovery in this action because of defendants' pending motion to dismiss and plaintiff's failure to provide the Court with an address for defendant Wiese. As a result, the motion and the request will be denied.

Accordingly,

**IT IS HEREBY ORDERED** that plaintiff's motion to compel [#36] is **DENIED**.

**IT IS FURTHER ORDERED** that plaintiff's request for a subpoena duces tecum [#37] is **DENIED**.

Dated this 26th day of April, 2010.

_____
AUDREY G. FLEISSIG
UNITED STATES MAGISTRATE JUDGE