# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MISSOURI
# EASTERN DIVISION

| | |
|---|---|
| STEVEN M. TRUST, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | No. 4:09CV1208 AGF |
| ) | |
| UNKNOWN HIGGINBOTHAM, et al., ) | |
| ) | |
| Defendants. ) | |

## ORDER OF PARTIAL DISMISSAL

**IT IS HEREBY ORDERED** that, as to Defendants Higginbotham, Law, and Flanagan, Plaintiff's complaint is **DISMISSED**.

Dated this <u>29th</u> day of April, 2010.

<u>/s/ Jean C. Hamilton</u>
UNITED STATES DISTRICT JUDGE