**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MISSOURI**
**EASTERN DIVISION**

| | | |
|---|---|---|
| STEVEN M. TRUST, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 4:09CV1208 AGF |
| | ) | |
| UNKNOWN HIGGINBOTHAM, et al., | ) | |
| | ) | |
| Defendants. | ) | |

**<u>ORDER</u>**

This matter is before the Court on Plaintiff's motion to file an amended complaint. Plaintiff has not submitted a proposed amended complaint. As such, the Court is unable to determine whether the motion should be granted. Therefore, the Court will deny the motion without prejudice. If Plaintiff wishes to file an amended complaint, he must file a proposed amended complaint contemporaneously with a motion to file an amended complaint.

Accordingly,

**IT IS HEREBY ORDERED** that Plaintiff's motion to file an amended complaint [Doc. 48] is **DENIED** without prejudice.

Dated this <u>27th</u> day of May, 2010.


/s/ Jean C. Hamilton
JEAN C. HAMILTON
UNITED STATES DISTRICT JUDGE